UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES TALBERT,                :
                                                      CIVIL ACTION NO. 3:22-0112
       Plaintiff         :
                                                       (JUDGE MANNION)
  v.                            :

LT. BEAVER, *et al.,*           :

       Defendants       :

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** Plaintiff's motion for preliminary injunction and temporary restraining order, (Doc. 34) is **DENIED**.

*Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated:  September 20, 2022
22-0112-01-ORDER