UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES TALBERT,                :
                                                   CIVIL ACTION NO. 3:22-0112
       **Plaintiff**        :
                                                   (JUDGE MANNION)
       v.                       :

LT. BEAVER et al.,              :

       **Defendants**     :

# ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' cross motion for summary judgment, (Doc. 53), based on Plaintiff's failure to exhaust his administrative remedies prior to filing the instant action, as required by 42 U.S.C. §1997e(a), is **GRANTED**. Judgment is hereby entered in favor of all Defendants and against the Plaintiff.

2. Plaintiff's motion for summary judgment (Doc. 39) is **DENIED.**

3. Plaintiff's motion to consolidate the above captioned action with Civil No. 3:23-cv-0039 (Doc. 78) is **DENIED**.

4. Plaintiff's motion for preliminary injunction[1] (Doc. 82) is **DISMISSED** as moot.

---

[1] On March 3, 2023, Plaintiff filed a motion for preliminary injunction, alleging that prison staff were refusing to ship his personal books and magazines from SCI-Camp Hill to SCI-Coal Township after his transfer to that facility. (Doc. 82). On March 9, 2023, Defendants filed a response to Plaintiff's motion, indicating that SCI-Coal Township had received a cash slip
*(footnote continued on next page)*

5. The Clerk of Court is directed to **CLOSE** this case.

6. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: March 21, 2023**
22-0112-02-ORDER

---

from Plaintiff to pay for the shipping of his property and the books and magazines were shipped from Camp Hill on March 8, 2023. (Doc. 84). Accordingly, Plaintiff's motion for preliminary injunction is moot.

- 2 -